# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2880
LT Case No. 2022-CA-1517

_____

DONALD EDWARD SMITH,

    Appellant,

    v.

DIANE SANDERS, ROBERT
CLAYTON LOPE, and GILBERT A.
SCHAFFNIT,

    Appellees.

_____


On appeal from the County Court for Marion County.
Gary L. Sanders, Judge.

Donald Edward Smith, Ocala, pro se.

Abbye E. Alexander and Nicole C. Chaves, of Kaufman, Dolowich,
& Voluck, LLP, Orlando, for Appellee, Gilbert A. Schnaffnit.

No Appearance for Other Appellees.

February 6, 2024


PER CURIAM.

    AFFIRMED.

JAY, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____